Case 4:19-cv-01564   Document 16   Filed on 06/13/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SCOTTIE BURNHAM, | § |
| Plaintiff, | § |
| V. | § CIVIL ACTION NO. H-19-1564 |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § |
| Defendant. | § |

### ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are the parties' cross Motions for Summary Judgment (Document Nos. 10 & 11). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Defendant's Motion for Summary Judgment be GRANTED, Plaintiff's Motion for Summary Judgment be DENIED, and that the decision of the Commissioner of Social Security be AFFIRMED. Plaintiff has filed Objections (Document No. 15) to the Memorandum and Recommendation. The Court, after having made a *de novo* determination of the Motions for Summary Judgment, and Memorandum and Recommendation, and Plaintiff's Objections, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and entered on April 14, 2020, which is adopted in its entirety as the opinion of this Court, that Defendant's Motion for Summary Judgment (Document No. 11) is GRANTED, Plaintiff's Motion for Summary Judgment (Document No. 10) is DENIED, and the decision of the Commissioner is AFFIRMED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 13TH day of June, 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE